TODAYS DATE
8-16-2017

Christopher Sanders 62316-066
Name And Prisoner/Booking Number

Place of Confinement FCI McDowell P.O. Box
Mailing Address 1009, Welch, W.V. 24801
City, State, Zip Code

Case: 4:17-cv-12766
Judge: Leitman, Matthew F.
MJ: Whalen, R. Steven
Filed: 08-22-2017 At 09:07 AM
PR SANDERS V. UNITED STATES OF AMERICA ET AL (NA)

(Failure To notify The Court of Your Change of Address may Result in dismissal of this Action).

In THE United States District Court
for THE District of Detroit

Christopher Sanders And (ETC)
(Full Name of Plaintiff)

CASE NO.
(Court Clerk will insert Case number).

V.

United States of America
Full Name of Defendant
(1) (FCI) McDowell
(2) (FTC) The Federal Transfer Center
(3) MDC Brooklyn
(4)

Pro SE Prisoner Civil Rights Complaint by A Prisoner

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

A. Juridiction

City
Institution Where Violation Occurred:
FCI McDowell, P.O. Box 1009, Welch, W.V. 24801

1

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

___ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

_✓_ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below: Attorneys Job AND Judges

Speak With Judge First on This matter.

DATE 8-16-2017

IV. Parties To Current Lawsuit

State information about Yourself And Each Person or Company listed as A defendant. in the Caption The heading of This Complaint.

1. Plaintiff Name and any Aliases: One, Christopher Sanders
2. Jason-Reed    3. Phillip Gray # 42981-039
   Address: Federal Correctional Institution P.O. Box 1009
   Welch, WV, 24801   Inmate Number 62316-066 And
                     42981-039

2. Defendant No. 1

   Name and official Position WARDEN

   Place of Employment and/or Residence: McDowell/FTC Fci Berlin/OKC
   Case # 1:17-FP-00007/Case 5:17-CV-00749-R/Civ-17-749-R
   How is this Person Sued? (✓) official capacity, ( ) individual capacity ( ) both.

   Inmate Sanders Case Number 2:07-CR-00430-JS
   Criminal Number 07-430-1 Pending motion for writ
   Under Johnson Relif. filed 6/8/16 Document.
   Reed Case Number 902273-R1
   Gray - Reg No: 42981-039
        Gray And Reed May Need Medical
                Heaip. Medical Federal Tort Claim Act
   Program Statment Number 1320.06 #[1][2][3][4].
   Division A.[ B.][ C.][ D.][ E.][ 9.]. Should Be looked in Too.

II. **State whether you are a:**

___ Convicted and sentenced state prisoner

_✓_ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

III. **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

   Plaintiff(s): _CHRistopher Sanders / DEmteris PAlmer_

   Defendant(s): _UnitED States of AmericA / CASE Still PENDING._

   b. Court and docket number: _1:17-CV-02596-RMB-JS_  District of NEW HAMPSHirE AND 1:17-CV-00228-JL

   c. Approximate date of filing: _Sometime Between July of 2016 in October_

   d. Issues raised: _FOOD AND DRINKS getting US (High). REMEDy ID PENDING 909136-R AND 909136-R1 104 TO 105 Cell CHANGE JUNE 29, 2017_

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _CASE Still PENDING Another CASE Pending REMEDy Number 902273-R1_

   f. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

4

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

    - If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

### Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.  **Claim 1:**

    (1) List the right that you believe was violated:

    Program Statment NumBer 3420.11 #16 Giving AN inmate A Order THat Could BE Hazordous To health And Safety. Also Number # 19 Theft or attempted Theft or misappropriation of Government Property or THE Property of others. Also #20 AnD 22, 17 AnD 25 physical Abuse of AN Inmate. ShouiD BE locked InTo for All 3 inmates.

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    FCI McDowell, FCI Berlin (FTC), MDC Brooklyn
    90-22-73-R1 / 1:17-FP-00007 / 1:17-CV-07-JU / CIV-17-749-R / CV-17-3593
    5:17-CV-00749-R

    All CASE Numbers Should BE looked inToo. IN order To HEAlp REED AND GrAy-039- AND BoAth of Them ShouiD HAve New Attorneys. PlEASE Tell SolAnge Knowles Will Smith (Kelly RowlAnD of THE lil girl group Destiny Child) I Send This. And X PresiDent Brack OBAmAm.

5

(3) List THE supporting facts:

Boath Inmates Reed AND Gray AND MY SEAlf Sanders was Jetting High off of Food iN FCI McDowell AND Drink's. Review (Camera) or Speak with SHU Staff At McDowell AND Medical

(4.) Relif Requested: (State briefly exactly what you want The Court To do for you).

To Speak with A Attorney AND Judge on This issue why To only HeAlp Reed AND Gray. AND Tell Reed To STAY AwAy from me Inmate SAnders # 62316-066

(2.) Claim II:

(1) List THE rights that You believe was Violated: 8 Eight Amendment AND (ETC). NOT JUSTED ME BUT REED AND GRAY WAS Violated Also Reed is Also MY witness That The Food AND Drink's was Jetting us High.

(2) List THE defendant(s) To This Claim: If you have sued more Than one defendant, Specify each person or entity That is A defendon for This particular Claim. West. V AND THE united States of America is THE Blaim Warden MS B At FCI McDowell. (ETC).

6

(3) List the supporting facts:

Food and drinks getting us High. Doing the mount of Rammandan The Muslim Fast ("Peanut Butter Crackers") cop-out went to Unit Team on B Rang Cell 115. And A. Range Boat cells

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

To speak with Judge in Detroit, MI about some of the food's. After my Hearing on my $ 2255 motion under Johns Relif.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_____     8-16-2017
Plaintiff's signature        Date


I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 16 day of 8-16, 2017.

_____     8-16-2017
Plaintiff's signature        Date

Rev. 10/20/2015

7

Christopher Sanders 63316-066
Federal Correctional Institution
PO Box 1009, Welch, WV 24801
McDowell

Legal Mail

48226-012415

FEDERAL CORRECTIONAL INSTITUTION
McDOWELL
PO BOX 1029
WELCH, WV 24801

DATE 8/7/17

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

RECEIVED
AUG 22 2017
CLERK'S OFFICE
DETROIT

Courthouse 231 West
Lafayette Boulevard 5th floor
Theodore Levin United States
Detroit, MI 48226

No Postmark Date (no)

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 17-12766 | Judge: Matthew F. Leitman | Magistrate Judge: R. Steven Whalen |

| Name of 1st Listed Plaintiff/Petitioner: | Name of 1st Listed Defendant/Respondent: |
|---|---|
| Christopher Sanders | United States of America et al |
| **Inmate Number:** 62316-066 | **Additional Information:** |

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

FCI McDowell
P.O. Box 1009
Welch, WV 24801

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

---

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes   ☒ No
   ➢ If yes, give the following information:
      Court: _____
      Case No: _____
      Judge: _____