IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

CHRISTOPHER SANDERS,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:17-03950

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

## MEMORANDUM OPINION AND ORDER

By Standing Order, this action was referred to United States Magistrate Judge Omar J. Aboulhosn for submission of findings and recommendation regarding disposition pursuant to 28 U.S.C. § 636(b)(1)(B).  Magistrate Judge Aboulhosn submitted to the court his Findings and Recommendation on May 19, 2020, in which he recommended that the court dismiss plaintiff's Complaint, (ECF No. 1), and remove this matter from the court's docket.  (ECF No. 5.)

In accordance with the provisions of 28 U.S.C. § 636(b), the parties were allotted fourteen days and three mailing days in which to file any objections to Magistrate Judge Aboulhosn's Findings and Recommendation.  The failure of any party to file such objections within the time allowed constitutes a waiver of such party's right to a de novo review by this court.  Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

Objections to the Proposed Findings and Recommendation were due by June 5, 2020. Neither party filed any objections to the Magistrate Judge's Findings and Recommendation. Accordingly, the court also adopts the Finding and Recommendation of Magistrate Judge Aboulhosn as follows:

1. Plaintiff's Complaint, (ECF No. 1), is **DISMISSED**; and
2. The Clerk is directed to remove this case from the court's active docket.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 18th day of August, 2020.

ENTER:

David A. Faber
Senior United States District Judge